1034

[No. 42045-3-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK G. CURTIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04699-4, Donald D. Haley, J., entered January 12, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42291-0-I.    Division One.    July 12, 1999.]

' THE STATE OF WASHINGTON, *Respondent*, v. LOUIS HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08789-5, John M. Darrah, J., entered March 12, 1998. *Reversed* by unpublished per curiam opinion.

[No. 42333-9-I.    Division One.    July 12, 1999.]

MICHAEL GIRTON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-21459-9, J. Kathleen Learned, J., entered March 9, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Grosse, J. Now partially published at 97 Wn. App. 360.

[No. 42367-3-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON E. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07969-8, John M. Darrah, J., entered March 18, 1998. *Affirmed* by unpublished per curiam opinion.